FILED
**United States Court of Appeals**
**Tenth Circuit**

**March 29, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

v.

REAL PROPERTY LOCATED AT
3347 CHARTREUSE WAY,
HOUSTON, TEXAS,

      Defendant,

_____

FABROSE COMPANY NIGERIA,
LTD., doing business as Fabross
Property Ventures,

      Claimant,

_____

ALEXANDER EZEAH,

      Movant - Appellant.

No. 18-6129
(D.C. No. 5:16-CV-00153-HE)
W.D. Okla.

---

**ORDER AND JUDGMENT**[*]

---

Before **BACHARACH**, **MURPHY**, and **MORITZ**, Circuit Judges.

---

[*]This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Alexander Ezeah is the registered agent of appellant, Fabrose Company Nigeria, Ltd., d/b/a Fabross Property Ventures ("Fabross"). On February 18, 2016, the United States commenced a civil *in rem* forfeiture action against property owned by Fabross located at 3347 Chartreuse Way, Houston, Texas. The claim Fabross filed in the civil forfeiture matter was stricken by the district court when Fabross failed to comply with an order of the court. Judgment was thereafter entered in favor of the United States on June 20, 2018.

Both the notice of appeal and the opening brief in this matter were signed by Ezeah, who is not an attorney. "It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993). Because Ezeah cannot represent Fabross in this appeal, it is **dismissed**.

ENTERED FOR THE COURT

Michael R. Murphy
Circuit Judge

-2-